Form 23
(10/05)

# United States Bankruptcy Court
Southern District Of California

In re   Roger Myrick & Consuelo Myrick              Case No.   15-05204-MM7

Chapter 7

**DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*[Complete one of the following statements.]*

X,   Roger Myrick & Consuelo Myrick                             the debtor(s) in the above-
styled case hereby certify that on        9/1/15              I/we completed an instructional
                                           (Date)
course in personal financial management provided by an approved personal financial management instruction provider. If the provider furnished a document attesting to the completion of the personal financial management instructional course, a copy of that document is attached.

9 I/We,_____, the debtor(s) in the above-styled
case, hereby certify that no personal financial management course is required because:

*[Check the appropriate box.]*

9 I am/We are incapacitated or disabled, as defined in 11 U.S.C. § 109(h);

9 I am/We are on active military duty in a military combat zone; or

9 I/We reside in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   /s/     Roger Myrick

Date:    9/10/15

Signature of Debtor:   /s/     Consuelo Myrick

Date:    9/10/15