CSD 1140 [03/01/15]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Trustee (SBN 144615)
401 Via Del Norte
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

ROGER EUGENE MYRICK
CONSUELO M. MYRICK,

BANKRUPTCY NO. 15-05204-MM7

Debtor.

## NOTICE OF OBJECTIONS TO DEBTOR'S CLAIM OF EXEMPTIONS
## AND OPPORTUNITY FOR HEARING

TO THE DEBTOR(S) IN THIS CASE AND ATTORNEY OF RECORD, IF ANY:

I, ___Leslie T. Gladstone_____, hereby declare that I am:

☐   a creditor holding a claim against your estate,

☑   the trustee appointed to administer your estate, or   ☐ the United States Trustee,

and that I hereby object to your claim of exemption (Schedule C) filed on ___August 5, 2015 and September 22, 2015___

with specific reference to the following described property of this estate:

SEE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF TRUSTEE'S NOTICE OF OBJECTIONS TO DEBTORS' CLAIM OF EXEMPTIONS AND OPPORTUNITY FOR HEARING FILED CONCURRENTLY HEREWITH.

You are required to attach and serve declarations supporting your objections in accordance with Local Bankruptcy Rule 9013-7(b)(1) .

If you object to the proposed action:

1.   **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. If a Chapter 7, 11, or 12 case, determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice.  If the case number is followed by the letter:

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| - | MM | - | call (619) 557-7407 | - | DEPARTMENT ONE (Room 218) |
| - | LA | - | call (619) 557-6594 | - | DEPARTMENT TWO (Room 118) |
| - | LT | - | call (619) 557-6018 | - | DEPARTMENT THREE (Room 129) |
| - | PB | - | call (619) 557-5157 | - | DEPARTMENT FOUR (Room 328) |
| - | CL | - | call (619) 557-6019 | - | DEPARTMENT FIVE (Room 318) |

2.   **WITHIN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE OF THIS MOTION,** you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration must :

---

[1] If you were served electronically or by mail, you have three (3) additional days to act as specified above pursuant to Fed. R. Bankr. P. 9006(f).
[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1140

CSD 1140 (Page 2) [03/01/15]

      a.  identify the interest of the opposing party; and

      b.  state, with particularity, the grounds for the opposition.

3.    **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 14-day[2] period provided by this notice, NO HEARING WILL TAKE PLACE, and you will lose your opportunity for hearing, and the objecting party may proceed to take the intended action.

DATED:  November 18, 2015

                              /s/ Leslie T. Gladstone

                              ☑ Trustee        ☐ Creditor        ☐ U.S. Trustee

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

    That on ___18th___ day of ___November___, ___2015___, I served a true copy of this NOTICE OF OBJECTIONS TO DEBTOR'S CLAIM OF EXEMPTIONS AND OPPORTUNITY FOR HEARING, together with the following pleadings [describe any other papers]:
    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF TRUSTEE'S NOTICE OF OBJECTIONS TO DEBTORS' CLAIM OF EXEMPTIONS AND OPPORTUNITY FOR HEARING and DECLARATION OF TRUSTEE

by [describe here mode of service]:
    U.S. MAIL - POSTAGE PAID

on the following persons [set forth name and address of each person served] and/or as checked below:

| ☑ | For Chpt. 7, 11, & 12 cases: | ☐ | For ODD numbered Chapter 13 cases: | ☐ | For EVEN numbered Chapter 13 cases: |
|---|---|---|---|---|---|
| | UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>401 West "A" Street, Suite 1680<br>San Diego, CA 92101 | | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

☑    Attorney for Debtor (or Debtor):

    David E. Britton, Esq., Lockhart & Britton, 7777 Alvarado Road, Ste. 622, La Mesa, CA 91942

    Roger & Consuelo Myrick, 237 Del Mar Avenue, Chula Vista, CA 91910

I certify under penalty of perjury that the foregoing is true and correct.

Executed on    ___November 18, 2015___      /s/ Candi Collins
                  (Date)                  (Typed Name and Signature)

                                    401 Via Del Norte
                                    (Address)

                                    La Jolla, CA 92037
                                    (City, State, ZIP Code)

CSD 1140